# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

United States Securities and Exchange Commission

Plaintiff(s),

v.

Andrew J. Kandalepas

Defendant(s).

Case No. 18 C2637
Judge Guzman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes        pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of plaintiff United States and Exchange Commission and against defendant Andrew J. Kandalepas, in the amounts as follows: $593,363.25 in disgorgement, $113,554.63 in prejudgment interest, and $160,000 in civil penalties.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Ronald A. Guzman on a motion for judgment.

Date: 8/12/2019

Thomas G. Bruton, Clerk of Court

/s/Imelda Saccomonto, Deputy Clerk